UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA      )
                              )
            vs.               )      CAUSE NO. 3:10-CR-66 (01) RM
                              )
EDDIE WADE, JR.               )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 8, 2010 [Doc. No. 27]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Eddie Wade, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a).

SO ORDERED.

ENTERED:  August 2, 2010

_____/s/ Robert L. Miller, Jr._____
Judge
United States District Court